UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MIKELL CALVERT #522411                    CIVIL ACTION

VERSUS                                    NO: 13-257

N. BURL CAIN, WARDEN                      SECTION: "J" (4)

### ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 13)**, and petitioner's failure to file objections to the Magistrate Report, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein.  Accordingly,

**IT IS ORDERED** that petitioner's **Petition for Writ of Habeas Corpus (Rec. Doc. 1)** should be and hereby is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 6th day of March, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE